**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13‑cv‑02441‑RM–KMT

SUSAN DEFFERT,

    Plaintiff,

v.

PACIFIC WESTERN TECHNOLOGIES, LTD, a Colorado Corporation,

    Defendant.

---

**ORDER**

---

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal with Prejudice. (ECF No. 12.) The Court, having reviewed the stipulated motion and being fully advised in the premises, hereby GRANTS the motion. This action is dismissed with prejudice, with each party to bear her or its own attorney's fees and costs.

DATED this 21st day of February, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge